UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Aliyah L Kizer,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   18-25054<br><br>Chapter: 13<br>Honorable LaShonda A. Hunt |

## ORDER ON CONFIRMATION HEARING

   This matter was before the court today for confirmation of the pro se debtor's Chapter 13 plan, dated December 11, 2018 (Dockt Number 27) and the Trustee's motion to dismiss for unreasonable delay (Docket Number 21). Debtor did not appear. At the hearing today, the Trustee indicated that she still objects to the plan on two grounds: (1) debtor has failed to submit copies of her 2014 and 2015 tax returns; and (2) proposed language in Section 8.1 "deferring" an IRS debt cannot be administered. In addition, the court pointed out that a secured claim in the amount of $13,555.14 had been filed by creditor Jefferson Capital Systems LLC on January 14, 2019 (Claim Number 6), and has not been objected to by the debtor or accounted for in a plan.
   IT IS HEREBY ORDERED that confirmation is continued to March 11, 2019, at 10:30 a.m. for a FINAL hearing which debtor must attend or else this case will be dismissed.

Enter: /s/ LaShonda A. Hunt

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:    0 4 FEB 2019

Rev: 20170105_bko